UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA,       :
                           Plaintiff,    :
                                             :      20 Cr. 615 (LGS)
            -against-                        :
                                                 :           <u>ORDER</u>
JAHLIL TAYLOR,                          :
                                    Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS a status conference is currently scheduled for June 10, 2021.

        WHEREAS no pretrial motions have been filed and the time to do so has passed.  It is hereby

        **ORDERED** that the parties shall file by **April 20, 2021**, a joint letter proposing three trial ready dates for a trial to begin during the third quarter of 2021.


Dated: April 13, 2021
        New York, New York

                                                         **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**