UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,           :
                          Plaintiff,    :
                                               :      20 Cr. 615 (LGS)
           -against-                  :
                                             :      <u>SCHEDULING ORDER</u>
JAHLIL TAYLOR,                             :
                                  Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Jahlil Taylor's sentencing hearing shall be held on **November 16, 2021**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **October 25, 2021**.  The Government's pre-sentencing submission, if any, shall be filed by **October 28, 2021.**  It is further

**ORDERED** that the trial and pretrial deadlines are CANCELLED.

Dated: July 23, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**